23 A.3d 1052 (2011)
WEST PENN ALLEGHENY HEALTH SYSTEM d/b/a Allegheny General Hospital
v.
MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR FUND (MCARE), and Kiana Townes, a Minor, by Tamara Blanchard, Guardian.
Appeal of Medical Care Availability and Reduction of Error Fund (Mcare).
No. 8 WAP 2011.
Supreme Court of Pennsylvania.
July 19, 2011.

ORDER
PER CURIAM.
AND NOW, this 19th day of July, 2011, the Order of the Commonwealth Court is hereby AFFIRMED.